UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLYDE VELTMANN and DIANTHA VELTMANN,<br><br>Plaintiffs,<br><br>vs.<br><br>HEITING & IRWIN, Attorneys at Law, JAMES OTTO HEITING, a Law Corporation and individually, JIM HEITING, DENNIS STOUT, and JEFFREY BOYD,<br><br>Defendants. | CASE NO. CV 12-04187 JAK (OPx)<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO SETTLEMENT AGREEMENT**<br><br>JS-6 |

Pursuant to the terms of the settlement agreement and minute order of Magistrate Judge Oswald Parada dated January 24, 2013 (ECF #66), this entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 6, 2013

_____
HON. JOHN A. KRONSTADT
Judge Presiding